HANNAH SULLIVAN, as Receiver of the Property, Assets, Rights and Effects of the Estate of TIMOTHY D. SULLIVAN, Deceased, Suing in Her Own Behalf and in Behalf of All Other Holders of Land Purchase Certificates Issued by the Defend-

ant, Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION, Appellant.— Motion to resettle order denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.